# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00465-CV

### T. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-004884
### THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant T. C. filed her notice of appeal on September 10, 2021. The appellate record was complete on October 5, 2021, making appellant's brief due on October 25, 2021. On October 25, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Kenneth M. Best to file appellant's brief no later than November 4, 2021. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on October 29, 2021.


Before Justices Goodwin, Baker, and Smith